Joseph J. Wielebinski, Esq.
Texas Bar No. 21432400
Deborah M. Perry, Esq.
Texas Bar No. 24002755
**Munsch Hardt Kopf & Harr, P.C.**
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: jwielebinski@munsch.com
E-mail: dperry@munsch.com

James D. Greene, Esq.
Nevada Bar No. 2647
**Greene Infuso, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

*Attorneys for Appellee, CSD, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. 2:13-CV-00022-RCJ-NJK |
| CSD, LLC, | |
| Debtor. | Bankruptcy Case No. BK-S-12-21668-BAM |
| CARSON WAYNE NEWTON, KATHLEEN NEWTON, AND SACRED LAND, LLC, | Chapter 11 |
| Appellants, | AGREED ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE |
| v. | |
| CSD, LLC, | |
| Appellee. | |

1

CAME ON FOR CONSIDERATION, the Stipulation to Dismiss Appeal with Prejudice filed by the Parties ("Docket No. ___") (the "Stipulation") and the Court having considered the Stipulation finds that it is well taken. Accordingly, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that this Appeal is dismissed with prejudice with the Parties to bear their own attorneys' fees and costs in connection with the Appeal.

Agreed as to form and content by:

MUNSCH HARDT KOPF & HARR, P.C.                    GREENE INFUSO, LLP

_____                    _____
Joseph J. Wielebinski, Esq.                        James D. Greene, Esq.
Deborah M. Perry, Esq.                             3030 South Jones Boulevard
3800 Lincoln Plaza                                 Suite 101
500 N. Akard Street                                Las Vegas, Nevada 89146
Dallas, Texas 75201-6659


HOLLAND & HART, LLP

_____
J. Stephen Peek, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

###

MHDocs 4318951_1 13113.2

CAME ON FOR CONSIDERATION, the Stipulation to Dismiss Appeal with Prejudice filed by the Parties ("Docket No. ___") (the "<u>Stipulation</u>") and the Court having considered the Stipulation finds that it is well taken. Accordingly, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that this Appeal is dismissed with prejudice with the Parties to bear their own attorneys' fees and costs in connection with the Appeal.

Agreed as to form and content by:

MUNSCH HARDT KOPF & HARR, P.C.                GREENE INFUSO, LLP

_____                    _/s/ James D. Greene_____
Joseph J. Wielebinski, Esq.                    James D. Greene, Esq.
Deborah M. Perry, Esq.                         3030 South Jones Boulevard
3800 Lincoln Plaza                             Suite 101
500 N. Akard Street                            Las Vegas, Nevada 89146
Dallas, Texas 75201-6659


HOLLAND & HART, LLP

_____
J. Stephen Peek, Esq.
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

###

ORDER

IT IS SO ORDERED this 9th day of July, 2013.

_____
ROBERT C. JONES

MHDocs 4318951_1 13113.2